```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01106-RNO
Ernesto Juan Margaro                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 10, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5255878        +E-mail/Text: bknotices@snsc.com Jun 10 2020 19:47:07      Partners for Payment Relief DE IV LLC,
                 c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501,
                 Partners for Payment Relief DE IV LLC,   c/o SN Servicing Corp. 95501-0305
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Francis Thomas Tarlecki    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Partners for Payment Relief DE IV LLC
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PANATTE, LLC bankruptcy@powerskirn.com
              Mario J. Hanyon    on behalf of Creditor    HSBC BANK USA, N.A. pamb@fedphe.com
              Raymond M Kempinski    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Thomas Song    on behalf of Creditor    HSBC BANK USA, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Ernesto Juan Margaro
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-01106-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Ernesto Juan Margaro
4872 Pine Ridge West
Bushkill PA 18324

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/10/2020.

Name and Address of Alleged Transferor(s):

Claim No. 7: Partners for Payment Relief DE IV LLC, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, Partners for Payment Relief DE IV LLC, c/o SN Servicing Corp.

Name and Address of Transferee:

Partners for Payment Relief DE IV, LLC c/o Fay Ser
PO Box 814609
Dallas, TX 75381-4609
Partners for Payment Relief DE IV, LLC c
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/20

Terrence S. Miller
**CLERK OF THE COURT**