# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-01106** |
| **Ernesto Juan Margaro AKA Ernesto J.** | : | **Chapter 13** |
| **Margaro, AKA Ernesto Margaro, AKA** | : | **Judge Robert N. Opel II** |
| **Ernest J. Margaro, AKA Nesto** | : | * * * * * * * * * * * * * * * * * * |
| **Margaro, DBA Nesto's General Store** | : | |
| **Debtor(s)** | : | |
| | : | |
| **HSBC Bank USA, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Ernesto Juan Margaro AKA Ernesto J.** | : | |
| **Margaro, AKA Ernesto Margaro, AKA** | : | |
| **Ernest J. Margaro, AKA Nesto** | : | |
| **Margaro, DBA Nesto's General Store** | : | |

**Charles J DeHart, III**

**Respondents.**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for HSBC Bank USA, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH 43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-019562_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 18-01106 |
| **Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store** | Chapter 13 |
| | Judge Robert N. Opel II |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **HSBC Bank USA, N.A.** | Related Document # |
| **Movant,** | |
| vs | |
| **Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store** | |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Vincent Rubino, Attorney for Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

20-019562_PS

Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store, 4872 Pine Ridge West, Bushkill, PA 18324

Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store, LT 89 S 4 Pine Ridge Drive, Bushkill, PA 18324

/s/ Karina Velter

20-019562_PS