**Fill in this information to identify the case**

**Debtor 1** Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store

**Debtor 2** _____
**(Spouse, if filing)**

**United States Bankruptcy Court for the: MIDDLE District of PENNSYLVANIA**
                                                                       **(State)**

**Case number** 18-01106

# Form 4100R
## Response to Notice of Final Cure Payment       10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** HSBC Bank USA, N.A.

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9580

**Property address:** LT 89 S 4 Pine Ridge Drive
        Number        Street

Bushkill   PA   18324
  City                    State       Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04/01/2023
                                                     MM/DD/YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:     (b) $_____

c. Total. Add lines a and b.     (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/____
                                                   MM/DD/YYYY

Debtor 1     Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store     Case number (if known) 18-01106
    First Name     Middle Name     Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Adam B. Hall      Date   3/06/2023
    Signature

Print:     Adam B. Hall      Title   Attorneys for Creditor

Company     Manley Deas Kochalski LLC

Address     P.O. Box 165028
    Number     Street

    Columbus, OH 43216-5028
    City     State     ZIP Code

Contact phone   614-220-5611      Email   amps@manleydeas.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-01106** |
| **Ernesto Juan Margaro AKA Ernesto J.** | : | **Chapter 13** |
| **Margaro, AKA Ernesto Margaro, AKA** | : | **Judge Mark J. Conway** |
| **Ernest J. Margaro, AKA Nesto** | : | * * * * * * * * * * * * * * * * * * |
| **Margaro, DBA  Nesto's General Store** | | |
| **Debtor(s)** | : | |
| | : | |
| **HSBC Bank USA, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Ernesto Juan Margaro AKA Ernesto J.** | : | |
| **Margaro, AKA Ernesto Margaro, AKA** | : | |
| **Ernest J. Margaro, AKA Nesto** | : | |
| **Margaro, DBA  Nesto's General Store** | : | |
| **Jack N Zaharopoulos** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

- Office of U.S. Trustee, Party of Interest, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101, ustpregion03.ha.ecf@usdoj.gov

- Jack N Zaharopoulos, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036, info@pamd13trustee.com

- Vincent Rubino, Attorney for Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA  Nesto's General Store, Newman Williams Mishkin Corveleyn et al, 712 Monroe Street, PO Box 511, Stroudsburg, PA  18360-0511, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

20-019562_AJR1

Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA Nesto's General Store, 4872 Pine Ridge West, Bushkill, PA 18324

/s/ Adam B. Hall
_____