# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-01106 |
| **Ernesto Juan Margaro AKA Ernesto J.** | : Chapter 13 |
| **Margaro, AKA Ernesto Margaro, AKA** | : Judge Mark J. Conway |
| **Ernest J. Margaro, AKA Nesto** | : * * * * * * * * * * * * * * * * * * |
| **Margaro, DBA Nesto's General Store** | |
| **Debtor(s)** | |
| | : |
| **HSBC Bank USA, N.A.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Ernesto Juan Margaro AKA Ernesto J.** | : |
| **Margaro, AKA Ernesto Margaro, AKA** | : |
| **Ernest J. Margaro, AKA Nesto** | : |
| **Margaro, DBA Nesto's General Store** | : |
| **Jack N Zaharopoulos** | |
| **Respondents.** | |

## HSBC BANK USA, N.A.'S NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT (DOCKET NO. 62)

AND NOW, comes HSBC Bank USA, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC and hereby withdraws its Response to Notice of Final Cure Payment which was filed in this Court at Docket #62 on March 6, 2023. The Response to Notice of Final Cure Payment is being withdrawn because it was filed under the incorrect event.

                                                         Respectfully submitted,

                                                        /s/ Adam B. Hall
                                                        Adam B. Hall, Esquire (323867)
                                                        Alyk L. Oflazian (312912)
                                                        Manley Deas Kochalski LLC
                                                        P.O. Box 165028
                                                        Columbus, OH 43216-5028
                                                        Telephone: 614-220-5611
                                                        Fax: 614-627-8181
                                                        Attorneys for Creditor

20-019562_AJR1

The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-019562_AJR1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-01106** |
| **Ernesto Juan Margaro AKA Ernesto J.** | : | **Chapter 13** |
| **Margaro, AKA Ernesto Margaro, AKA** | : | **Judge Mark J. Conway** |
| **Ernest J. Margaro, AKA Nesto** | : | * * * * * * * * * * * * * * * * * * |
| **Margaro, DBA  Nesto's General Store** | | |
| | | |
| **Debtor(s)** | | |
| | : | |
| **HSBC Bank USA, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Ernesto Juan Margaro AKA Ernesto J.** | : | |
| **Margaro, AKA Ernesto Margaro, AKA** | : | |
| **Ernest J. Margaro, AKA Nesto** | : | |
| **Margaro, DBA  Nesto's General Store** | : | |
| **Jack N Zaharopoulos** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Withdrawal of Response to Notice of Payment Change was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

- Office of U.S. Trustee, Party of Interest, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101, ustpregion03.ha.ecf@usdoj.gov

- Jack N Zaharopoulos, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036, info@pamd13trustee.com

- Vincent Rubino, Attorney for Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA  Nesto's General Store, Newman Williams Mishkin Corveleyn et al, 712 Monroe Street, PO Box 511, Stroudsburg, PA  18360-0511, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

20-019562_AJR1

Ernesto Juan Margaro AKA Ernesto J. Margaro, AKA Ernesto Margaro, AKA Ernest J. Margaro, AKA Nesto Margaro, DBA  Nesto's General Store, 4872 Pine Ridge West, Bushkill, PA  18324

/s/ Adam B. Hall

20-019562_AJR1