In re: Case No. 18-01106-MJC
Ernesto Juan Margaro Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: May 16, 2023      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + Ernesto Juan Margaro, 4872 Pine Ridge West, Bushkill, PA 18324-8432

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Adam Bradley Hall
     on behalf of Creditor HSBC BANK USA N.A. amps@manleydeas.com

Alyk L Oflazian
     on behalf of Creditor HSBC BANK USA N.A. amps@manleydeas.com

Francis Thomas Tarlecki
     on behalf of Creditor HSBC BANK USA N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor Partners for Payment Relief DE IV LLC bkgroup@kmllawgroup.com

Jill Manuel-Coughlin
     on behalf of Creditor PANATTE LLC bankruptcy@powerskirn.com

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor HSBC BANK USA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@mwc-law.com |
| Raymond M Kempinski | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ernesto Juan Margaro rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Thomas Song | on behalf of Creditor HSBC BANK USA  N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Ernesto Juan Margaro lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Ernesto Juan Margaro,<br>aka Ernesto Margaro, aka Ernesto J. Margaro, aka Ernest J. Margaro, aka Nesto Margaro, dba Nesto's General Store, | Chapter | 13 |
| | Case No. | 5:18−bk−01106−MJC |

**Debtor 1**

Social Security No.:
  xxx−xx−7205

Employer's Tax I.D. No.:
  45−4486866

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

Dated: May 16, 2023

**fnldec** (01/22)