IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ERNESTO JUAN MARGARO, | : | |
| a/k/a ERNESTO J. MARGARO, | : | CASE NO.: 5:18-bk-01106 |
| a/k/a ERNESTO MARGARO, | : | |
| a/k/a NESTO MARGARO, | : | |
| a/k/a ERNEST J. MARGARO, | : | |
| d/b/a NESTO'S GENERAL STORE, | : | |
| Debtor | : | |

## REQUEST FOR CERTIFIED DOCUMENT

To The Clerk of Courts:

Please send me a certified copy of Docket Number 60, Discharge Order. Thank you.

                                         NEWMAN, WILLIAMS, P.C.

                                         By: /s/ Robert J. Kidwell, Esq.
                                             Robert J. Kidwell, Esq.
                                             Attorney I.D. No. 206555
                                             Attorney for Debtor
                                             712 Monroe St., PO Box 511
                                             Stroudsburg, PA 18360-0511
                                             (570) 421-9090; Fax (570) 424-9739
                                             rkidwell@newmanwilliams.com